■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN C. WHITNEY, Appellant. [999 NYS2d 899]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Kron, J.), imposed July 29, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Lopez*, 6 NY3d 248, 253 [2006]; *People v Pelaez*, 100 AD3d 803, 803 [2012]). However, contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Austin, Cohen and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIAN YOUNG, Appellant. [999 NYS2d 762]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Ingram, J.), imposed January 22, 2013, upon his conviction of robbery in the third degree, upon a jury verdict.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Further, we reject the defendant's contention that the resentence should be reduced in the interest of justice (*cf. People v Cuaran*, 261 AD2d 169, 169 [1999]). Balkin, J.P., Dickerson, Leventhal, Miller and LaSalle, JJ., concur.